# Court of Appeals
# of the State of Georgia

ATLANTA,  December 02, 2014

*The Court of Appeals hereby passes the following order:*

## A15E0013.  KEITA v. SCARBROUGH

Upon consideration of Applicant Margaret Keita's Motion for Extension of Time to File Application for Discretionary Appeal, the motion is hereby GRANTED. Applicant shall have until 4:30 p.m. on  December 5, 2014 to file an application for discretionary appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta* 12/02/2014
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*